**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **BLAKE ESTRADA,** | § | |
| **Individually and on behalf of all others** | § | |
| **Similarly situated,** | § | |
| *Plaintiff*, | § | |
| | § | **No.  MO:20-CV-140-RCG** |
| **v.** | § | |
| | § | |
| **MULHOLLAND   ENERGY   SERVICES,** | § | |
| **LLC,** | § | |
| *Defendant,* | | |

## ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

BEFORE THE COURT is Plaintiff Blake Estrada's unopposed Motion for Preliminary Approval of Class/Collective Action Settlement ("Motion for Approval"). (Doc. 62). This case is before the Court pursuant to the consent of the parties in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. (Doc. 50). After due consideration, the Court **GRANTS** Plaintiff's Motion for Approval. (Doc. 62).

In his Complaint, Plaintiff Blake Estrada alleged Defendant violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and the New Mexico Minimum Wage Act ("NMMWA"), N.M. STAT. ANN. § 50-4-19, *et seq.*, by failing to pay Plaintiff and others similarly situated overtime for hours worked in excess of forty hours in a workweek. (Doc. 1). Plaintiff and Defendant now move the Court to approve their Settlement Agreement. (Doc. 62).

The Court reviewed the proposed Settlement Agreement and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted. (Doc. 62-1).

It is therefore **ORDERED** that the Motion for Approval is **GRANTED** (Doc. 62) and the Settlement Agreement is **APPROVED**.  (Doc. 62-1).

It is further **ORDERED** that the Clerk of the Court **ADMINISTRATIVELY CLOSE** this case.

It is so **ORDERED**.

SIGNED this 17th day of April, 2023.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE